ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 DEC 17 PM 2: 14
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF GEORGIA
DUBLIN DIVISION

LESTER J. SMITH, JR.,

    Planintiff,

VS.

DONALD BARROW, ET AL.,

    Defendants.

USDC #: CV311-044

USCA #: 13-15829-DD

## ORDER

The Appeal of the Judgment of this Court in the above case having been DISMISSED by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the Mandate of the Eleventh Circuit, U.S. Court of Appeals, is made the judgment of this court. The Judgment of this Court dated December 4, 2013 is final is all respects.

This _17th_ day of _Dec._, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA